UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tracey Slodowski, et al.,

Plaintiff(s),

v.                                      Case No. 1:22–cv–11697–TLL–PTM
                                        Hon. Thomas L. Ludington

CBS Interactive, Inc., et al.,

Defendant(s),

_____

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/16/2022, why the above–entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

s/Thomas L. Ludington
Thomas L. Ludington
U.S. District Judge

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager

Dated:  December 2, 2022